**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:** 21−14561−VFP | **DATE FILED::** 6/1/21 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Lois A. McEntee  xxx−xx−9902 | **ADDRESS OF DEBTOR(S):**  202 Otterhole Road., West Milford, NJ 07480 |
| **DEBTOR'S ATTORNEY:** William L. Pegg Jr. 133 Washington Street Morristown, NJ 07960  (973) 540−0202 | **TRUSTEE:** Ilissa Churgin Hook Hook & Fatovich, LLC 1044 Route 23 North Suite 100 Wayne, NJ 07470 973−686−3800 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

1/18/22

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: October 19, 2021

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Lois A. McEntee  
    Debtor

Case No. 21-14561-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 19, 2021      Form ID: noa      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois A. McEntee, 202 Otterhole Road.,, West Milford, NJ 07480-4124 |
| 519227938 | | ADT Security Systems, POB 21385, New York, NY 10087-7878 |
| 519227939 | + | Advance Cardiology, C/O ACB Receivables Management, 19 Main St, PO Box 350, Asbury Park, NJ 07712-0350 |
| 519227940 | + | Atlantic Health System, POB 35610, Newark, NJ 07193-5610 |
| 519227941 | + | Bank of America, c/o Weinberg Esq., 1200 Laurel Oak Road, Voorhees, NJ 08043-4323 |
| 519227945 | + | Discover Produicts, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519227947 | + | Dynamic REcovery Solutions, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 519227948 | + | FISA CRFDIT CARD SERVICES, c/o Frederic Weinberg, Esq., 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 519227949 | | IRS, Holtsville, Holtsville, NY 11742-0480 |
| 519227951 | + | JP Morgan Chase, c/o Fein Such Kahn and Shepard, 7 Century Drive Suite 201, Parsippany, NJ 07054-4609 |
| 519227952 | + | Nationstar Mortgage, c/o KML Law Group, P.C., 216 Haddon Avenuye, Ste. 406, Collingswood, NJ 08108-2812 |
| 519227954 | + | Summit Medical Groiup, Attn: 8549X, POB 14000, Belfast, ME 04915-4033 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2021 20:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2021 20:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 20 2021 00:18:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519227942 | + | Email/Text: bankruptcy@usecapital.com | Oct 19 2021 20:16:00 | Capital Accounts LLC, POB 140065, Nashville, TN 37214-0065 |
| 519227943 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 19 2021 20:16:00 | Certified Credit Collection, Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519227944 | | EDI: WFNNB.COM | Oct 20 2021 00:18:00 | Comenity National Bank, POB 182120, Columbus, OH 43218-2120 |
| 519227945 | + | Email/Text: signed.order@pfwattorneys.com | Oct 19 2021 20:16:00 | Discover Produicts, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519227950 | | EDI: IRS.COM | Oct 20 2021 00:18:00 | IRS, Fresno, Fresno, CA 93888 |
| 519227953 | + | EDI: SECONDROUND.COM | Oct 20 2021 00:18:00 | Second Round LP, 4150 Frederick Lane, Suite 1, Austin, TX 78744-1052 |
| 519228935 | + | EDI: RMSC.COM | Oct 20 2021 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519227946 | *+ | Discover Produicts, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com J116@ecfcbis.com |
| John O'Boyle | on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William L. Pegg, Jr. | on behalf of Debtor Lois A. McEntee williamlpeggjr@gmail.com williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com |

TOTAL: 5