UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
By: John O'Boyle, Esq. (JO-6337)
joboyle@norgaardfirm.com
Attorneys for Chapter 7 Trustee, Ilissa Churgin Hook, Esq.

In Re:

LOIS A. McENTEE

Debtor.

Case No.: 21-14561

Chapter: 7

Adv. No.:

Hearing Date:

Judge: Vincent F. Papalia

## CERTIFICATION OF SERVICE

1. I, Shiryl M. Ferreira :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Norgaard O'Boyle & Hannon, who represents the Trustee in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On October 25, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Order Granting Application Norgaard, O'Boyle & Hannon as Counsel to the Chapter 7 Trustee

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/25/21

/s/ Shiryl M. Ferreira
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Attached Service List | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

**SERVICE LIST**

ADT Security Systems
PO Box 21385
New York, NY 10087-7878

Bank of America
c/o Weinberg, Esq.
1200 Laurel Oak Road
Voorhees, NJ 08053

Comenity National Bank
PO Box182120
Columbus Ohio, 43218-2120

Fisa Credit Card Services
c/o Frederic Weinberg, Esq.
1200 Laurel Oak Road, Suite 104
Voorhees, NJ 08043

JP Morgan Chase
c/o Fein SUch
7 Century Drive, Suite 201
Parsippany, NJ 07054

Summit Medical Group
Attn: 8549X
PO Box 1400
Belfast, ME 04915

Advance Cardiology
c/o ACB Receivables Management
19 Main Street
PO Box 350
Asbury Park, NJ 07712

Capital Accounts LLC
PO Box 140065
Nashville, TN 37214

IRS
Holtsville, NY 11742-0480

Discover Products
c/o Pressler and Presssler
7 Entin Road
Parsippany, NJ 07054

Nationstar Mortgage
c/o KML Law Group, PC
216 Haddon Avenue, Suite 406
Collingswood, NJ 08108

Atlantic Health System
PO Box 35610
Newark, NJ 07193

Certified Credit Collections
PO Box 1750
Whitehouse Station, NJ 08889

Dynamic Recovery Solutions
135 Interstate Road
Greenville, SC 29615

IRS
Fresno, CA 92888

Second Round LP
4150 Frederick Lane, Suite 1
Auston, TX 78744

William J. Pegg, Jr., Esq.
133 Washington Street
Morristown, NJ 07960

United State Trustee
One Newark Center – Suite 2100
Newark, NJ 07102