UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-(b)**
NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Chapter 7 Trustee
Ilissa Churgin Hook
  *John O'Boyle (JO – 6337)*
  *joboyle@norgaardfirm.com*

Order Filed on December 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

In re:

    LOIS A. McENTEE,

              Debtor.

Case No.: 21-14561 VFP

**CONSENT ORDER FOR CONTINUED POSTPETITION NATURAL GAS SERVICE
AND FOR PAYMENT OF CLAIM FOR SERVICE**

    The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: December 28, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Lois A. McEntee
Case No.: 21-14561 VFP
Caption of Order: Consent Order for Continued Postpetition Natural Gas Service
and for Payment of Claim for Service

THIS MATTER came to the attention of the court upon the Chapter 7 Trustee's Application for Entry of Consent Order in Lieu of Motion Pursuant to D.N.J. LBR 9021-1(b) for New Jersey Natural Gas ("NJNG") continued provision of postpetition gas service to the real property known as 107 South Road, Randolph NJ (a/k/a 107 South Road, Mendham, NJ) (the "Property"), and for the estate's payment of the claims of NJNG for its postpetition service. It appears that the Property is property of the estate that the Trustee may sell under Code Sec. 363, and it appears that a prompt sale of the Property may produce sales proceeds in excess of the liens, exemptions, costs of sale and other claims against the Property. The Trustee has requested that NJNG continue to provide gas service to the Property in order to facilitate a prompt and efficient sale, and it appears that continued service will constitute a substantially contribution and benefit to the estate. The parties have agreed to submit this consent order addressing the matter, and the Court finds good cause to enter it.

IT IS ORDERED as follows:

1.  NJNG shall continue to provide gas service to the Property until the closing of the Trustee's sale of the property under Bankruptcy Code Sec. 363(b) or the effective date of an abandonment of the Property under Bankruptcy Code Sec. 554.

2.  At the closing of any sale of the Property conducted in this case, the Trustee shall pay the full amount(s) due NJNG for its postpetition provision of gas service to the Property, from the gross sales proceeds recovered from such sale.

3.  In the event that the Trustee does not pay NJNG's claim(s) at closing as required in

2

Debtor: Lois A. McEntee
Case No.: 21-14561 VFP
Caption of Order: Consent Order for Continued Postpetition Natural Gas Service and for Payment of Claim for Service

paragraph 2, above, or in the event that the Trustee abandons the Property under Bankruptcy Code Sec. 554, NJNG shall be allowed an administrative expense claim for the amount(s) due under Bankruptcy Code Sec. 503(b)(3)(D).

4. This consent order shall be deemed to be the trustee's adequate assurance of future performance to NJNG as required by Bankruptcy Code Sec. 366(b).

5. Subject to NJNG's rights under Bankruptcy Code Sec. 366(c)(4), NJNG is prohibited from altering, refusing, or discontinuing their services to the estate on the basis of the commencement of the above-captioned case or on the basis of any prepetition debt owed by the Debtor for service rendered prior to the commencement of the case.

The parties consent to the entry
of the order set forth above

___/s/ Eileen Quinn_____     Dated: 12/17/2021
Eileen Quinn, Esq.
Counsel to New Jersey Natural Gas


__/s/ John O'Boyle_____     Dated: 12/17/2021
John O'Boyle, Esq.
Norgaard, O'Boyle & Hannon
Counsel to Chapter 7 Trustee,
Ilissa Churgin Hook

3

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14561-VFP |
| Lois A. McEntee | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois A. McEntee, 202 Otterhole Road.,, West Milford, NJ 07480-4124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 30, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com J116@ecfcbis.com |
| John O'Boyle | on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf903 | Total Noticed: 1 |

William L. Pegg, Jr.  on behalf of Debtor Lois A. McEntee williamlpeggjr@gmail.com williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com

TOTAL: 6