# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK DIVISION

IN RE:

Lois A. McEntee

Debtor(s).

Case No. 21-14561-VFP
Chapter 7

## NOTICE OF APPEARANCE

**US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 009221995
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 4th day of February, 2022, to the following:

| | |
|---|---|
| William L. Pegg, Jr.<br>133 Washington Street<br>Morristown, NJ 07960<br>williamlpeggjr@gmail.com<br>***Attorney for Debtor(s)*** | John O`Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631<br>***Bankruptcy Trustee Attorney*** |

Ilissa Churgin Hook
1044 Route 23 North
Suite 100
Wayne, NJ 07470
***Chapter 7 Trustee***

U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102
ustpregion03.ne.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Lois A. McEntee
202 Otterhole Rd
West Mildford, NJ 07480

***Debtor(s)***

                                                           By:        <u>/s/ Steven K. Eisenberg</u>
                                                                               Steven K. Eisenberg, Esquire