UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Norgaard O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
Tel: 201-871-1333
Fax: 201-871-3161
Counsel to Chapter 7 Trustee
Ilissa Churgin Hook
By: John O'Boyle, Esq. (JO-6337)
   joboyle@norgaardfirm.com

Case No.: 21-14561
Chapter: 7
Adv. No.: 
Hearing Date: March 15, 2022
Judge: Vincent F. Papalia

In Re:
Lois A. McEntee
                            Debtor.

## CERTIFICATION OF SERVICE

1. I, Shiryl M. Ferreira                :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Norgaard O'Boyle & Hannon, who represents the Chapter 7 Trustee in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On February 14, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Sell Property Free and Clear of Liens Under Section 363(f) and Notice of Proposed Private Sale

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/14/22

/s/ Shiryl M. Ferreira
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Attached Service List | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

## SERVICE LIST

Vijanta Rao
155 Scott Drive
Watchung, NJ 07069

Denise Carlon, Esq.
KML Law Group, PC
701 Market Street, Ste. 5000
Philadelphia, PA 19106

ADT Security System
PO Box 21385
New York, NY 10087-7878

Robert Stolz
Coldwell Residential
106A East Main Street
Menham, NJ 07945

Steven K. Eisenberg, Esq.
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976

Advance Cardiology
C/O ACB Receivable Management
19 Main St., PO Box 350
Asbury Park, NJ 07712

US Green Homes, LLC
532 Bloomfield Ave.
Verona, NJ 07044

Peter J. D'Auria, Esq.
Office of the United States Trustee
One Newark Center, Ste. 2100
Newark, NJ 07102

Atlantic Health System
PO Box 35610
Newark, NJ 07193

Robert Manetta
33 Glenwood Drive
Montville, NJ 07045

Ilissa Churgin Hook, Esq.
Hook & Fatovich, LLC
1044 Route 23 North, Ste. 100
Wayne, NJ 07470

Bank of America
c/o Weinberg, Esq.
1200 Laurel Oak Road
Voorhees, NJ 08043-5719

Prestige County Homes LLC
1040 State Route 10
Suite 101
Randolph, NJ 07869

William J. Pegg, Jr., Esq.
133 Washington Street
Morristown, NJ 07960

Capital Accounts LLC
PO Box 140065
Nashville, TN 37214

Brian A. Boms
Stack & Stack, LLC
Real Estate Brokers, Appraisers & Consultants
90 Hudson Street
Hoboken, NJ 07030

Lois A. McEntee
202 Otterhole Road
West Milford, NJ 07480

Certified Credit Collections
PO Box 1750
Whitehouse Station, NJ 08889

Fausto Simoes, Esq.
Simoes & Associates, PC
112 Jabez Street, Ste. 101
Newark, NJ 07105

Russell R. Johnson, III, Esq.
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

Comenity National Bank
PO Box 182120
Columbus, OH 43218-2120

Quantum 3 Group as Agent for
Second Round Sub, LLC
PO Box 788
Kirkland, WA 98083-0788

Eileen Quinn, Esq.
New Jersey Resources Corp.
1415 Wyckoff Road
Wall, NJ 07719

Dynamic Recovery Solutions
135 Interstate Blvd.
Greenville, SC 29615

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

David Warshaw, Esq.
Pressler, Felt & Warshaw, LP
7 Entin Road
Parsippany, NJ 07054-9944

FISA Credit Card Services
c/o Frederic Weinberg, Esq.
1200 Laurel Oak Rd., Ste. 104
Voorhees, NJ 08043

Devere Okafor
Bankruptcy Specialist
Internal Revenue Service
955 S. Springfield Ave., Bldg. A
Springfield, NJ 07081

Discover Products, Inc.
c/o The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

JP Morgan Chase
c/o Fein Such Kahn & Shepard
7 Century Drive, Suite 201
Parsippany, NJ 07054

## SERVICE LIST

Second Round LP
4150 Frederick Lane, Suite 1
Austin, TX 78744

Summit Medical Group
Attn: 8549X
PO Box 14000
Belfast, ME 04915