UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Compliance with D.N.J. LBR 9004-l(B)**

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
Tel: 201-871-1333
Fax: 201-871-316
Counsel to Chapter 7 Trustee,
Ilissa Churgin Hook
By: John O'Boyle, Esq. (JO – 6337)
    joboyle@norgaardfirm.com

Order Filed on February 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Lois A. McEntee,

      Debtor

Case No.: 21-14561-VFP

Judge: Hon. Vincent F. Papalia

Chapter 7

# ORDER AUTHORIZING RETENTION OF
# SEAN RAQUET, CPA, LLC

The relief set forth on the following page is **ORDERED.**

**DATED: February 16, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain Sean Raquet, CPA, LLC as Accountants to Chapter 7 Trustee, Ilissa Churgin Hook, Esq., it is hereby Ordered:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  PO Box 223

    Rockaway, New Jersey 07866

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☒ Denied.*

    ☒ Waiver, under D.N.J. LBR 2014-2 (b), of the requirements of D.N.J. 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. 2016-1 in a chapter 13 case.  Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is **the date of the filing of the application.**

*No basis for the waiver request or estimate of fees is provided, nor does applicant indicate he is being compensated on a flat fee basis.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-14561-VFP

Lois A. McEntee    Chapter 7

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Feb 16, 2022    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lois A. McEntee, 202 Otterhole Road.,, West Milford, NJ 07480-4124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com J116@ecfcbis.com |
| John O'Boyle | on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Steven Eisenberg | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@sterneisenberg.com, |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William L. Pegg, Jr. | on behalf of Debtor Lois A. McEntee williamlpeggjr@gmail.com<br>williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com |

TOTAL: 7