UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Counsel to Chapter 7 Trustee
Ilissa Churgin Hook
By: John O'Boyle (JO-6337)
     joboyle@norgaardfirm.com

Case No.: 21-14561
Chapter: 7

In Re:

LOIS A. McENTEE,

Debtor.

Adv. No.:
Hearing Date:
Judge: VFP

## CERTIFICATION OF SERVICE

1. I, Shiryl M. Ferreira :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Norgaard O'Boyle & Hannon, who represents the Chapter 7 Trustee in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On March 22, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Filed Consent Order Granting Motion to Sell Property Free and Clear of Liens Under Section 363(f) re: 107 South Road, Randolph, NJ

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/22/22

/s/ Shiryl M. Ferreira
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| See Attached Service List | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

SERVICE LIST

| | | |
|---|---|---|
| Vijanta Rao<br>155 Scott Drive<br>Watchung, NJ 07069 | Denise Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street, Ste. 5000<br>Philadelphia, PA 19106 | ADT Security System<br>PO Box 21385<br>New York, NY 10087-7878 |
| Robert Stolz<br>Coldwell Residential<br>106A East Main Street<br>Menham, NJ 07945 | Steven K. Eisenberg, Esq.<br>Stern & Eisenberg, PC<br>1581 Main Street, Ste. 200<br>The Shops at Valley Square<br>Warrington, PA 18976 | Advance Cardiology<br>C/O ACB Receivable Management<br>19 Main St., PO Box 350<br>Asbury Park, NJ 07712 |
| US Green Homes, LLC<br>532 Bloomfield Ave.<br>Verona, NJ 07044 | Peter J. D'Auria, Esq.<br>Office of the United States Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | Atlantic Health System<br>PO Box 35610<br>Newark, NJ 07193 |
| Robert Manetta<br>33 Glenwood Drive<br>Montville, NJ 07045 | Ilissa Churgin Hook, Esq.<br>Hook & Fatovich, LLC<br>1044 Route 23 North, Ste. 100<br>Wayne, NJ 07470 | Bank of America<br>c/o Weinberg, Esq.<br>1200 Laurel Oak Road<br>Voorhees, NJ 08043-5719 |
| Prestige County Homes LLC<br>1040 State Route 10<br>Suite 101<br>Randolph, NJ 07869 | William J. Pegg, Jr., Esq.<br>133 Washington Street<br>Morristown, NJ 07960 | Capital Accounts LLC<br>PO Box 140065<br>Nashville, TN 37214 |
| Brian A. Boms<br>Stack & Stack, LLC<br>Real Estate Brokers, Appraisers & Consultants<br>90 Hudson Street<br>Hoboken, NJ 07030 | Lois A. McEntee<br>202 Otterhole Road<br>West Milford, NJ 07480 | Certified Credit Collections<br>PO Box 1750<br>Whitehouse Station, NJ 08889 |
| Fausto Simoes, Esq.<br>Simoes & Associates, PC<br>112 Jabez Street, Ste. 101<br>Newark, NJ 07105 | Russell R. Johnson, III, Esq.<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, VA 23103 | Comenity National Bank<br>PO Box 182120<br>Columbus, OH 43218-2120 |
| Quantum 3 Group as Agent for<br>Second Round Sub, LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Eileen Quinn, Esq.<br>New Jersey Resources Corp.<br>1415 Wyckoff Road<br>Wall, NJ 07719 | Dynamic Recovery Solutions<br>135 Interstate Blvd.<br>Greenville, SC 29615 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | David Warshaw, Esq.<br>Pressler, Felt & Warshaw, LP<br>7 Entin Road<br>Parsippany, NJ 07054-9944 | FISA Credit Card Services<br>c/o Frederic Weinberg, Esq.<br>1200 Laurel Oak Rd., Ste. 104<br>Voorhees, NJ 08043 |
| Devere Okafor<br>Bankruptcy Specialist<br>Internal Revenue Service<br>955 S. Springfield Ave., Bldg. A<br>Springfield, NJ 07081 | Discover Products, Inc.<br>c/o The Corporation Trust Company<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 | JP Morgan Chase<br>c/o Fein Such Kahn & Shepard<br>7 Century Drive, Suite 201<br>Parsippany, NJ 07054 |

SERVICE LIST

Second Round LP
4150 Frederick Lane, Suite 1
Austin, TX 78744

Summit Medical Group
Attn: 8549X
PO Box 14000
Belfast, ME 04915