| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-(b)**<br>NORGAARD O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ 07631<br>(201) 871-1333<br>Attorneys for Chapter 7 Trustee<br>Ilissa Churgin Hook<br>  *John O'Boyle (JO – 6337)*<br>  joboyle@norgaardfirm.com | Order Filed on March 31, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Chapter 7 |
| In re:<br><br>       LOIS A. McENTEE,<br><br>                          Debtor. | Case No.: 21-14561 VFP |

**CONSENT ORDER FOR AVOIDANCE OF JUDGMENT LIENS PURSUANT TO 11 U.S.C. SEC. 544(a) AND EXTENDING THE TIME FOR JUDGMENT CREDITOR TO FILE (A) PROOF OF CLAIM(S) PURSUANT TO FED. R. BANKR. P. 3002(c)(3)**

　　　The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 31, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**Honorable Vincent F. Papalia**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

Debtor: Lois A. McEntee
Case No.: 21-14561 VFP
Caption of Order: Consent Order for Avoidance of Judgment Liens Pursuant
To 11 U.S.C .Sec. 544(a) and Extending the Time for Judgment Creditor
to File (a) Proof of Clam(s) Pursuant to Fed. R. Bankr. P. 3002(c)(3)

THIS MATTER came to the attention of the court upon the Chapter 7 Trustee's ("Trustee") application for entry of consent order in lieu of motion pursuant to D.N.J. LBR 9021-1(b) for avoidance of any judgments liens covering the property of the Debtor, including the real property known as 107 South Road, Randolph NJ (a/k/a 107 South Road, Mendham, NJ and Block 35, Lot 46.01 on the tax map of Randolph, NJ), or covering the proceeds of such property, resulting from the entry of Judgments DJ 289561-2011 and DJ 341742-2011 by the Superior Court of New Jersey in favor of Discover Bank c/o Discover Products.  The judgment creditor and the Chapter 7 Trustee agree that the Trustee may avoid the judgment liens from the Property and/or its proceeds pursuant to 11 U.S.C. Sec. 544(a)(2), and that the judgment creditor may assert (a) general unsecured claim(s) against the estate for the prepetition amounts due on the judgment debts pursuant to Fed. R. Bankr. P. 3002(c)(3).  The parties have agreed to submit this consent order resolving the matter, and the Court finds good cause to enter it.

IT IS ORDERED as follows:

1.    Pursuant to 11 U.S.C. sec. 544(a)(2), any judicial lien resulting from the entry of Judgment No. DJ 289561-2011 (in the amount of $5,670.00) and/or Judgment No. DJ 341742-2011 (in the amount of $9,271.22) by the Superior Court of New Jersey in favor of the judgment creditor Discover Bank c/o Discover Products shall be void and unenforceable as liens against any property of the Debtor and/or property of the bankruptcy estate, including but not limited to the real property known as 107 South Road, Randolph NJ (a/k/a 107 South Road, Mendham, NJ and

Debtor: Lois A. McEntee
Case No.: 21-14561 VFP
Caption of Order: Consent Order for Avoidance of Judgment Liens Pursuant
To 11 U.S.C .Sec. 544(a) and Extending the Time for Judgment Creditor
to File (a) Proof of Clam(s) Pursuant to Fed. R. Bankr. P. 3002(c)(3)

Block 35, Lot 46.01 on the tax map of Randolph, NJ) and/or the sales proceeds of such real property.

2.      The judgment shall remain enforceable as prepetition judicial determinations of the amounts due the holder of such judgments from the Debtor.  In the event that the judgment creditor files (a) proof of claim(s) as permitted by Paragraph 3 below, the claim(s) shall be treated as timely-filed general unsecured claims.

3.      Pursuant to Fed. R. Bankr. P. 3002(c)(3), the time within which the judgment creditor may file (a) proof of claim(s) on account of the judgment debts is extended for thirty (30) days after the date of the entry of this order on the Court's docket.

The parties consent to the entry
of the order set forth above

___/s/ Darren Tanaka_____          Dated:  3/23/2022
Darren Tanaka, Esq.
Pressler, Felt & Warshaw, LLP
Counsel to Judgment Creditor
Discover Bank c/o Discover Products

___/s/ John O'Boyle_____          Dated: 3/23/2022
John O'Boyle, Esq.
Norgaard, O'Boyle & Hannon
Counsel to Chapter 7 Trustee,
Ilissa Churgin Hook

3