UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for JPMorgan Chase Bank, National Association
JILL A. MANZO, ESQ.
786JDM
bankruptcy@fskslaw.com

| In Re: | Case No.: 21-14561 VFP |
|---|---|
| LOIS A. MCENTEE | Chapter: 7 |
| Debtor(s). | Judge: HONORABLE VINCENT F. PAPALIA |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of JPMorgan Chase Bank, National Association. This party is a party in interest in this case pursuant to a mortgage dated September 3, 2004 and recorded in the Office of the MORRIS County Clerk/Register on February 24, 2005 in Mortgage Book 18463, Page 82, and is a secured creditor.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                           Counsellors at Law
                           7 Century Drive - Suite 201
                           Parsippany, New Jersey 07054

    DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☒ All documents and pleadings of any nature.

                                      **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                      Attorneys for JPMorgan Chase Bank, National Association

Dated: April 14, 2022               By: /S/ JILL A. MANZO
                                            JILL A. MANZO, ESQ.

Case No.:   21-14561 VFP