# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)

**COUNSELLORS AT LAW**

GARY K. NORGAARD†
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
_____

CASSANDRA C. NORGAARD†
ANTHONY E. HOPE†
MARK E. NORGAARD†
JACLYNN N. MCDONNELL◊
_____

WILLIAM H. SCHMIDT∆ of counsel

184 GRAND AVENUE
ENGLEWOOD, NEW JERSEY 07631-3507
Telephone (201) 871-1333
Facsimile (201) 871-3161
____
810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NJ 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only
____
99 CHURCH STREET 4TH FLOOR
WHITE PLAINS, NEW YORK 10601
By Appointment Only

Senders Direct Email:
joboyle@norgaardfirm.com

† NJ & NY Bars
◊ NJ, NY & FL Bars
∆ NJ, NC, DC Bars

www.norgaardfirm.com

**PLEASE REPLY TO
ENGLEWOOD OFFICE**

April 25, 2022

Hon. Vincent F. Papalia
United States Bankruptcy Court
King Federal Building
50 Walnut Street, 3rd Floor
Newark, NJ  07102

**Re:    Lois A. McEntee, Debtor
Chapter 7, Case No. 21-14561(VFP)
Motion to Compel Enforce Consent Order
and to Compel Production of Payoff Statements (ECF No. 57)
HEARING DATE:  April 26, 2022**

Dear Judge Papalia:

This firm represents Ilissa Churgin Hook, the Chapter 7 Trustee in the above-referenced case.  I am writing to inform the Trustee's motion to enforce the consent order for the sale of real property and to compel the foreclosure judgment holders to produce payoff statements has been resolved as to all parties.

Per Your Honor's order of April 19 (ECF No. 65), the hearing on the motion was continued to April 26.  Please arrange for the matter to be marked withdrawn so the parties are not required to appear.

Respectfully yours,

*/s/ John O'Boyle*

John O'Boyle, Esq.

cc:    (email only)
Steven P. Kelly, Esq.
Jill Manzo, Esq.
Mark E. Norgaard, Esq.
Client