Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−14561−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lois A. McEntee
   202 Otterhole Road.,
   West Milford, NJ 07480

Social Security No.:
   xxx−xx−9902

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       7/19/22
Time:       02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Sean Raquet, Accountant,
period: 6/6/2022 to 6/18/2022

COMMISSION OR FEES
$1,312.50

EXPENSES
$8.50.

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 29, 2022
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-14561-VFP
Lois A. McEntee  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Jun 29, 2022 | Form ID: 137 | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois A. McEntee, 202 Otterhole Road,,, West Milford, NJ 07480-4124 |
| aty | + | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| acc | + | Sean Raquet, Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| r | + | Stack & Stack, LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| 519227938 | | ADT Security Systems, POB 21385, New York, NY 10087-7878 |
| 519227939 | + | Advance Cardiology, C/O ACB Receivables Management, 19 Main St, PO Box 350, Asbury Park, NJ 07712-0350 |
| 519227940 | + | Atlantic Health System, POB 35610, Newark, NJ 07193-5610 |
| 519227941 | + | Bank of America, c/o Weinberg Esq., 1200 Laurel Oak Road, Voorhees, NJ 08043-4323 |
| 519227948 | + | FISA CRFDIT CARD SERVICES, c/o Frederic Weinberg, Esq., 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 519227949 | | IRS, Holtsville, Holtsville, NY 11742-0480 |
| 519227952 | + | Nationstar Mortgage, c/o KML Law Group, P.C., 216 Haddon Avenuye, Ste. 406, Collingswood, NJ 08108-2812 |
| 519227954 | + | Summit Medical Groiup, Attn: 8549X, POB 14000, Belfast, ME 04915-4033 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 20:44:44 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519227942 | + | Email/Text: bankruptcy@usecapital.com | Jun 29 2022 20:42:00 | Capital Accounts LLC, POB 140065, Nashville, TN 37214-0065 |
| 519227943 | + | Email/Text: bankruptcy@certifiedcollection.com | Jun 29 2022 20:41:00 | Certified Credit Collection, Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519227944 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 20:41:00 | Comenity National Bank, POB 182120, Columbus, OH 43218-2120 |
| 519227945 | + | Email/Text: signed.order@pfwattorneys.com | Jun 29 2022 20:41:00 | Discover Produicts, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519227947 | ^ | MEBN | Jun 29 2022 20:41:04 | Dynamic REcovery Solutions, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 519227950 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2022 20:41:00 | IRS, Fresno, Fresno, CA 93888 |
| 519227951 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 29 2022 20:41:00 | JP Morgan Chase, c/o Fein Such Kahn and Shepard, 7 Century Drive Suite 201, Parsippany, NJ 07054-4609 |
| 519337606 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 20:41:00 | Quantum3 Group LLC as agent for, Second Round |

| Recip ID | Bypass Reason | Name and Address | Date/Time | Address |
|---|---|---|---|---|
| | | | | Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519227953 | + Email/Text: bankruptcy@second-round.com | | Jun 29 2022 20:42:00 | Second Round LP, 4150 Frederick Lane, Suite 1, Austin, TX 78744-1052 |
| 519228935 | + Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 20:44:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519227946 | *+ | Discover Produicts, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519453148 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com J116@ecfcbis.com |
| Jill Manzo | on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com |
| John O'Boyle | on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| John O'Boyle | on behalf of Attorney Norgaard  O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Steven Eisenberg | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jun 29, 2022 | Form ID: 137 | Total Noticed: 25

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William L. Pegg, Jr.
    on behalf of Debtor Lois A. McEntee williamlpeggjr@gmail.com
    williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com

TOTAL: 10