Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−14561−VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lois A. McEntee
   202 Otterhole Road.,
   West Milford, NJ 07480

Social Security No.:
   xxx−xx−9902

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Vincent F. Papalia on:

DATE:         October 25, 2022
TIME:         02:00 PM
LOCATION:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $500,000.00
TOTAL DISBURSEMENTS:   $423,725.14
BALANCE ON HAND:      $76,274.86

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Ilissa C. Hook, Trustee

COMMISSION OR FEES
$26,992.50

EXPENSES
$8.90

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: September 20, 2022
JAN: rh

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lois A. McEntee  
    Debtor

Case No. 21-14561-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 20, 2022      Form ID: 192      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lois A. McEntee, 202 Otterhole Road.,, West Milford, NJ 07480-4124 |
| aty | + | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| acc | + | Sean Raquet, Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| r | + | Stack & Stack, LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| 519227938 | | ADT Security Systems, POB 21385, New York, NY 10087-7878 |
| 519227939 | + | Advance Cardiology, C/O ACB Receivables Management, 19 Main St, PO Box 350, Asbury Park, NJ 07712-0350 |
| 519227940 | + | Atlantic Health System, POB 35610, Newark, NJ 07193-5610 |
| 519227941 | + | Bank of America, c/o Weinberg Esq., 1200 Laurel Oak Road, Voorhees, NJ 08043-4323 |
| 519227948 | + | FISA CRFDIT CARD SERVICES, c/o Frederic Weinberg, Esq., 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 519227949 | | IRS, Holtsville, Holtsville, NY 11742-0480 |
| 519227952 | + | Nationstar Mortgage, c/o KML Law Group, P.C., 216 Haddon Avenuye, Ste. 406, Collingswood, NJ 08108-2812 |
| 519227954 | + | Summit Medical Groiup, Attn: 8549X, POB 14000, Belfast, ME 04915-4033 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2022 20:35:59 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519227942 | + | Email/Text: bankruptcy@usecapital.com | Sep 20 2022 20:35:00 | Capital Accounts LLC, POB 140065, Nashville, TN 37214-0065 |
| 519227943 | + | Email/Text: bankruptcy@certifiedcollection.com | Sep 20 2022 20:34:00 | Certified Credit Collection, Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519227944 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2022 20:34:00 | Comenity National Bank, POB 182120, Columbus, OH 43218-2120 |
| 519227945 | + | Email/Text: signed.order@pfwattorneys.com | Sep 20 2022 20:34:00 | Discover Produicts, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519227947 | ^ | MEBN | Sep 20 2022 20:31:16 | Dynamic REcovery Solutions, 135 Interstate Blvd., Greenville, SC 29615-5720 |
| 519227950 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2022 20:34:00 | IRS, Fresno, Fresno, CA 93888 |
| 519227951 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Sep 20 2022 20:34:00 | JP Morgan Chase, c/o Fein Such Kahn and Shepard, 7 Century Drive Suite 201, Parsippany, NJ 07054-4609 |
| 519337606 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2022 20:34:00 | Quantum3 Group LLC as agent for, Second Round |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 192 | Total Noticed: 25 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519227953 | + | Email/Text: bankruptcy@second-round.com | Sep 20 2022 20:35:00 | Second Round LP, 4150 Frederick Lane, Suite 1, Austin, TX 78744-1052 |
| 519228935 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 20:35:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519227946 | *+ | Discover Produicts, c/o Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519453148 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Ilissa Churgin Hook
    trustee@hookandfatovich.com  J116@ecfcbis.com

Jill Manzo
    on behalf of Creditor JPMorgan Chase Bank  National Association bankruptcy@fskslaw.com

John O'Boyle
    on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Accountant Sean Raquet joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle
    on behalf of Attorney Norgaard  O'Boyle & Hannon joboyle@norgaardfirm.com,
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

Steven Eisenberg
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@sterneisenberg.com,
    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 20, 2022 | Form ID: 192 | Total Noticed: 25

Steven P. Kelly
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William L. Pegg, Jr.
    on behalf of Debtor Lois A. McEntee williamlpeggjr@gmail.com
    williamlpeggjr@gmail.com;peggwr84347@notify.bestcase.com

TOTAL: 11