| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Ilissa Churgin Hook |
| 1044 Route 23 North, Suite 100 |
| Wayne, NJ 07470 |
| Chapter 7 Trustee |

**Order Filed on October 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Mcentee, Lois A.

      Debtor

Case No.: 21-14561

Judge: VINCENT F. PAPALIA

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 25, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Mcentee, Lois A.
Case No.: 21-14561
Caption of Order: Order Awarding Trustee's Compensation and Expenses

_____

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $26,992.50 is reasonable compensation for the services in this case by Ilissa Churgin Hook, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $8.90 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.